UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAKE WILLIAMS,<br>TDCJ ID No. 719327, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § § | SA-06-CA-1002-NSN |
| RAYNALDO CASTRO,<br>THOMAS HINKLE,<br>JUAN NUNEZ,<br>KEVIN SMITH,<br>JOHNNY MARTINEZ,<br>MARY WILLIAMS,<br>BRENDA TORRES,<br>CATHERINE THIEME,<br>VICKIE SMITH,<br>VIRGINIA RIVAS, | § § § § § § § § § § § | |
| Defendants | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW OF VIDEOTAPES

Before the Court is Plaintiff's Motion for Review of Videotapes (Docket Entry No. 57). Defendants did not file a response to the motion.

Plaintiff contends he has not been allowed to review any of the three videotapes he requested in discovery. In the interests of justice, I will construe the motion as one requesting the court compel production under Federal Rule of Civil Procedure 37(a)(2)(B).

All parties were ordered to produce a copy of all documents and tangible things which bears significantly on any claim or defense by September 7. 2007. (Scheduling Order, docket entry no. 44). Clearly, any videotapes recording any part of the events which form the basis for this suit should have been produced. The motion to compel is GRANTED. Defendants are ordered to produce any videotapes of the incident on September 29, 2005 no later than October 15, 2008.

**SIGNED** on September 26, 2008.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE